**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

JUN 0·2 2026

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          NB          DEPUTY

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Michelle Magana (1),

Defendant.

Case No. 26-cr-01708-TWR

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

8:1324(a)(1)(A)(ii)(v)(II) - Attempted Transportation of Certain Aliens and Aiding and Abetting (Felony); 8:1324(a)(2)(B)(ii); 18:2 - Bringing in Aliens for Financial Gain and Aiding and Abetting (Felony)

Dated:  6/2/2026

Hon. David D. Leshner
United States Magistrate Judge